[No. 42849-1-II.  Division Two.  September 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT THOMAS DRISCOLL, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 11-1-00703-4, Gary R. Tabor, J., entered November 28, 2011. *Affirmed* by unpublished opinion per Forbes, J. Pro Tem., concurred in by Quinn-Brintnall, J.; Johanson, A.C.J., concurring separately.

[No. 42895-4-II.  Division Two.  September 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. AARON JASON THOMAS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 11-1-00585-1, Anna M. Laurie, J., entered December 9, 2011. *Affirmed* by unpublished opinion per Maxa, J., concurred in by Worswick, C.J., and Hunt, J.

[Nos. 42941-1-II; 42997-7-II.  Division Two.  September 24, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER LEE WILSON ET AL., *Appellants*.

Appeals from a judgment of the Superior Court for Cowlitz County, No. 11-1-00281-8, Marilyn K. Nitteberg-Haan, J., entered December 14, 2011. *Affirmed in part, reversed in part*, and *remanded with instructions* by unpublished opinion per Fearing, J. Pro Tem., concurred in by Hunt and Bjorgen, JJ.

[No. 42982-9-II.  Division Two.  September 24, 2013.]

KEITH KAWAWAKI ET AL., *Respondents*, v. ACADEMY SQUARE CONDOMINIUM ASSOCIATION, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 11-2-01313-1, John P. Wulle, J., entered December 16, 2011. *Affirmed* by unpublished opinion per Johanson, A.C.J., concurred in by Quinn-Brintnall, J., and Fearing, J. Pro Tem.